IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLENN TATE, ) | TRIAL BY JURY DEMANDED |
| Plaintiff, ) | |
| v. ) | Case No. 02C 3432 |
| SHOWBOAT MARINA CASINO PART- ) NERSHIP d/b/a HARRAH'S EAST ) CHICAGO CASINO & HOTEL, a ) subsidiary of HARRAH'S OPER- ) ATING COMPANY, INC., ) HARRAH'S OPERATING COMPANY, ) INC., RIVERBOAT SERVICES, ) INC. and ROBERT HEITMEIER ) Defendants. ) | JUDGE MORAN MAGISTRATE JUDGE BOBRICK DOCKETED MAY 14 2002 |

## COMPLAINT

### JURISDICTION AND VENUE

1. This is a suit to recover back wages and liquidated damages. Federal question jurisdiction is posited upon Title 28 U.S.C. §1331 and Title 29 U.S.C. §216(b), commonly known as the "Fair Labor Standards Act" [hereinafter the "Act"], as amended, to redress violations of the maximum hours provisions, Title 29 U.S.C. §207(a), and acts prohibited thereunder, as made unlawful by Title 29 U.S.C. §§215(a)(2).

2. Defendants were, at the time alleged herein, doing business within this judicial district. Each defendant is an employer within the meaning of 29 U.S.C. 203(a) and (d).

3. This suit is brought as a representative action, pursuant to 29 U.S.C. 216(b), on behalf of the plaintiff and other employees similarly situated.

1

## STATEMENT OF CLAIM

4. Plaintiff is a member of the "Marine Department" of defendant's, HARRAH'S, casino gambling boat M/V WIN STAR (formerly known as the M/V/ SHOWBOAT) moored at East Chicago, Indiana.

5. During the year 1998, the United States Department of Labor, Wage and Hour Division, [USDOL], conducted an audit and investigation of defendants to determine compliance with the Act. USDOL found that the Act had been, and was being, violated in that the Marine Department did not qualify for the "seaman" exemption of the Act, 29 U.S.C. 213(b)(6). USDOL requested the employer to pay delinquent overtime to the employees. They refused.

6. Notwithstanding the USDOL's audit and demand for payment of back overtime, for three years before the filing of this complaint, plaintiff, and other members of the Marine Department, worked more than 40 hours in certain work weeks for which they were wilfully not compensated overtime wages at the rate of one and one-half times his regular rate of pay, in violation of 29 U.S.C. §§207(a)(1) and 215(a)(2).

7. As a result thereof, there are now due to plaintiff back wages, liquidated damages, attorneys' fees and costs of the action, pursuant to 29 U.S.C. 216(b).

## PRAYER FOR RELIEF

8. WHEREFORE, plaintiff asks the court to enter

2

judgment in his favor, and against the defendants for back wages, liquidated damages, attorney's fees and costs of the action due, as provided by 29 U.S.C. §216(b).

_____
ERNEST T. ROSSIELLO

Ernest T. Rossiello
  & Associates, P.C.
300 West Washington Street
  Suite 1004
Chicago, Illinois, 60606
Telephone: (312) 346-8920
Telefax:   312/346-5988

Attorney for Plaintiff

3

3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** GLENN TATE

**Defendant(s):** SHOWBOAT MARINA CASINO PARTNERSHIP d/b/a HARRAH'S EAST CHICAGO CASINO & HOTEL, a subsidiary of HARRAH'S OPERATING COMPANY, INC., HARRAH'S OPERATING COMPANY, INC., RIVERBOAT SERVICES, INC. and ROBERT HEITMEIER

County of Residence: LAKE

County of Residence: LAKE

Plaintiff's Atty: Ernest T. Rossiello
ERNEST T. ROSSIELLO & ASSOCIATES, P.C.
300 West Washington Street,
Suite 1004 Chicago, Illinois 60606
(312) 346-8920

Defendant's Atty:

DOCKETED
MAY 1 4 2002
02C 3432

II. Basis of Jurisdiction:    3. Federal Question (U.S. not a party)

JUDGE MORAN

III. Citizenship of Principal Parties (Diversity Cases Only)
   Plaintiff:- N/A
   Defendant:- N/A

MAGISTRATE JUDGE BOBRICK

IV. Origin :    1. Original Proceeding

V. Nature of Suit:    710 Fair Labor Standards Act

VI. Cause of Action:    29 U.S.C. 207(a) suit for overtime wages.

VII. Requested in Complaint
   Class Action: No
   Dollar Demand:
   Jury Demand: Yes

VIII. This case IS NOT a refiling of a previously dismissed case.

Signature: [signature]
Date: 5-13-02

FILED-ED4  02 MAY 13 PM 3:10  U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Eastern Division

In the Matter of

GLENN TATE v. SHOWBOAT MARINA CASINO PARTNERSHIP d/b/a HARRAH'S EAST CHICAGO CASINO & HOTEL, a subsidiary of HARRAH'S OPERATING COMPANY, INC., RIVERBOAT SERVICES, INC. and ROBERT HEITMEIER

  Case Number: 

DOCKETED MAY 1 4 2002

02C 3432

JUDGE MORAN

MAGISTRATE JUDGE BOBRICK

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

GLENN TATE

| (A) | (B) |
|---|---|
| SIGNATURE *(signed)* | SIGNATURE *(signed)* |
| NAME: Ernest T. Rossiello | NAME: Lara A. Walicek |
| FIRM: ERNEST T. ROSSIELLO & ASSOCIATES, P.C. | FIRM: ERNEST T. ROSSIELLO & ASSOCIATES, P.C. |
| STREET ADDRESS: 300 West Washington Street, Suite 1004 | STREET ADDRESS: 300 West Washington Street, Suite 1004 |
| CITY/STATE/ZIP: Chicago, Illinois 60606 | CITY/STATE/ZIP: Chicago, Illinois 60606 |
| TELEPHONE NUMBER: (312) 346-8920 | TELEPHONE NUMBER: (312) 346-8920 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): 2397137 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): 6210353 |
| MEMBER OF TRIAL BAR? YES ✔ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ✔ |
| TRIAL ATTORNEY? YES ✔ NO ☐ | TRIAL ATTORNEY? YES ✔ NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ✔ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

02 MAY 13 PM 4: FILED U.S. DISTRICT COURT

1-3