IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GLENN TATE, RICARDO ABELLA, SHANE ADAMS, )
CRYSTAL BAKER, JOHN BENJAMIN, BRIAN BUR- )
GESS, KEITH BRIAN CARTER, BEVERLY CLARY, )
JOHN COLPITTS, PERCY L. DAVIS, JR., CARLOS DE- )
GOLLADO, TIMOTHY DOMBROWSKI, NICHOLAS )
GALMICHE, RODOLFO GARCIA, MELINDA GON- )
ZALEZ, RICHARD GRAYSON, JENNIFER GRISH, )
GREG HENDRYX, ALBERT HERRERA, ALEJANDRO )
HERRERA, MONIQUE HOWARD, JOHN IMMER- )
FALL, HEDRICK A. JOHNSON, PAUL JOHNSON, )
REGINALD D. JOHNSON, LARRY R. JONES, KEVIN J.)
KELLEY, LORETTA KORNACKI, STATHIS KOURTIS,)
BONNIE KRAMER, ALVIN I. LATONDRESS, OC- )
TAVIO MARTINEZ, HORACE McLENNAN, CAROL )
MEYER, KURT MEYER, DEE ANN NICHOLE MILLS, )
ALVIN LEE NORMAN, FRANCIS OGLESBY, JERRY )
S. PAUK, DIANE ROSE PONCE, ROBERT REILLY, )
DWYEN RINGBAUER, DIANE ROSENFELDT, JOE )
ROSS, ROY G. SMITH, JESUS SOTO, ROBERTO )
SOTO, JOHN TORRES, JEFF WASHINGTON, RANNY )
WESTBY, THOMAS AUSTIN, JOHN PAUL BALDIN, )
DAN BRYANT, PASHA GOLLIDAY HUNT, JOHN )
HURLEY, REGINALD JONES, MARK LaVALLEY, )
JOSEPH LISCZAK, LARRY MARCHELEWSKI, ERIC )
MARIANI, WILLIAM MELICKE, JEFFREY MOORE, )
JASON M. PECHETTE, ROBERT SCARTOZZI, )
ANTHONY SMITH, JAMES L. SMITH, and CHRISTINE )
JOHNSON, )
                      Plaintiffs, )
                      v. )
SHOWBOAT MARINA CASINO PARTNERSHIP, )
HARRAH'S EAST CHICAGO CASINO AND HOTEL )
HARRAH'S OPERATING COMPANY, INC., )
                  Defendants. )

No. 02 C 3432

JUDGE ST. EVE

**FILED**
MAR 1 4 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PAID**
RECEIPT # 10420681
MAR 1 4 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**NOTICE OF APPEAL**

To: Michael W. Dobbins, Clerk

PLEASE TAKE NOTICE that plaintiffs hereby appeal to the Seventh Circuit the orders of February 22, 2005 granting defendant's motion for summary judgment; the order of January 18, 2005 denying plaintiffs' motion for summary judgment; the order of January 3, 2005 denying the motion to vacate the order dismissing CHRISTINE JOHNSON for failure to appear for her deposition and affirming the dismissal nunc pro tunc of the claims of CHRISTINE JOHNSON; the order of September 28, 2004 dismissing 16 allegedly time-barred plaintiffs; and the order of June 17, 2003 dismissing with prejudice all admiralty claims.

_____
ERNEST T. ROSSIELLO

Ernest T. Rossiello
& Associates, P.C.
134 N LaSalle Street
Suite 2008
Chicago, Illinois 60606
(312) 346-8920

Attorney for Plaintiff

Dated: March 14, 2005
       Chicago, Illinois